UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEON L. SPIVEY,
    Plaintiff,

v.                                         Case No. 06-C-585

SHERIFF DAVID A. CLARKE, JR.,
MICHAEL GAREBNER and
MILWAUKEE COUNTY,
    Defendants.

## ORDER

Plaintiff Deon L. Spivey has died. On May 14, 2007, I ordered that plaintiff's attorney could file a motion to substitute party and/or motion to amend the complaint within 30 days. See Fed. R. Civ. P. 25(a)(1). I also advised that if no motion was filed within 30 days, this action would be dismissed. No motion has been filed.

**Therefore,**

**IT IS ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment dismissing plaintiff's claims and this action.

Dated at Milwaukee, Wisconsin, this 25 day of June, 2007.

/s_____
LYNN ADELMAN
District Judge